1  Michael Levinsohn SBN 146492
Of Counsel, Silver Law Firm
2  330 2ⁿᵈ St., Suite 204
Oakland, CA 94607
3  Cell: (310) 420-9081
Fax: (877) 631-5658
4  michael@esilverlaw.com
5

6  ## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
7  ## SAN FRANCISCO DIVISION

8  UNITED STATES OF AMERICA,                    Case No.: 3:18-CR-00615-01 WHA

9          Plaintiff,

10

11  vs.                                         Defense Sentencing Memorandum/Application
                                                for probation, supervised release, or mitigated
12  Timothy Melchior,                           custody sentence.

13          Defendant

14      TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT AND TO
15  THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA:

16      Defendant Timothy Melchior offers this memorandum in support of his application to

17  the Court for a grant of probation and supervised release.

18

19  Date: Oct. 14, 2020                              //s//
                                              Michael Levinsohn
20                                            Attorney for Timothy Melchior

21

22

23

24

25

26

27

28  MELCHIOR SENTENCING MEMO                    1
    3:18-CR-00615-01-WHA

1

## Issue

2

3

4

A defendant who admits his mistakes, is remorseful, is working to make things right, and is surrounded by a strong support system, deserves the deference and consideration of the Court for a mitigated sentence. Melchior admitted his responsibility as early as possible, has been free

5

6

on release during the pendency of the matter with no violations and with efforts to improve

7

himself, has a strong family support system, and is dedicated to a positive life going forward.

8

Should the Court grant him a mitigated sentence?

9

10

I.     **Defense Counsel's non-compliance with L.R. 32-4(b) and (c).**

11

Counsel for Melchior regrets not responding per the appropriate rule, though did

12

initially inquire regarding the application of the First Step Act, and/or the CARES Act as they

13

may relate to Melchior's sentencing, in that Mr. Melchior suffers from severe hypertension, and

14

therefore is candidate for compassionate release due to his high susceptibility to the worst effects

15

of COVI-19. Counsel was advised that that issue was better addressed in the sentencing

16

memorandum. Counsel did say further correspondence would be forthcoming, and did not

17

correspond further with the probation officer. Counsel found no objections or factual

18

misstatements, but regretfully did not state that to the probation officer.

19

20

21

II.    **The Court should consider Melchior's early acceptance of responsibility, and should give him the minimum sentence available by law.**

22

23

Melchior has never denied his responsibility for his actions, and has accepted

24

responsibility for them. He pleaded guilty before trial, and has been candid in his interview with

25

the Probation Department. Even before he entered his guilty plea, Melchior has been hard at

26

work to correct the problems that led him to his current situation. He has been involved in

27

28

MELCHIOR SENTENCING MEMO                    2
3:18-CR-00615-01-WHA

extensive in-patient and out-patient treatment for his drug addiction, and has become a counselor

for individuals with disabilities of all kinds. He has done his best to marshal his personal and

family resources to put an end to his drug-related conduct and to become as good a person as he

can be. He has a solid plan for the future, and is a candidate for all of the deference the Court can

muster.

### III.     Melchior agrees with the base calculation.

### IV.     The Court should apply Rule 35539(1) and consider Melchior's strong character and family support.

#### a.  Melchior pleaded early, is remorseful, has a strong family support system, and is working every day to make things right.

The Presentence Report makes a strong and detailed case for Melchior's remorse and the

likelihood of him not reoffending. Melchior has worked diligently to adhere to the conditions of

his release, with no violations, and will adhere to any conditions the Court may impose. A

complete recitation of the contents of the Presentence Report is not necessary here, but the Court

is urged to consider the letters attached from several of Melchior's family members, his mother,

and from Melchior himself.

Attached as Exhibit A are letters of support, and below are highlights from a few of them.

Note that the first of the documents attached is a letter from Melchior's mother and the second is

a personal statement from Timothy Melchior himself in which he reiterates his remorse and his

plan for going forward in a fully positive manner.

Letters of reference:

| Alexis Simon | Spouse | "He is able to hold himself accountable and accept responsibility." |
|---|---|---|
| Tania Weiss | Mother of treatment client | "I think Tim is the best coach that my son has experienced.  Tim goes above and beyond what is |

MELCHIOR SENTENCING MEMO                    3
3:18-CR-00615-01-WHA

| | | expected, and that shows in the wonderful relationship he has with my son. |
|---|---|---|
| Joseph Szlamnik | Instructor at Addiction Training Program | "Mr. Melchior has demonstrated his commitment to positive change." |
| Jennifer Jackson | Mother | "I believe that Tim will continue to grow thrive and flourish." |
| John Foord | Classmate | "Resiliency, humility, and attitude." |
| | | |
| Michael Dibley | Classmate | "Intelligent, great communicator. Hard working, kind man." |
| Tom Slatton | Manager | "Patience and compassion." |

Attached to this pleading are numerous additional letters speaking to Melchior's character. The Court is directed to Melchior's own personal statement. He is remorseful and has made remarkable strides toward his future. He's conquering his addiction, one day at a time, working with others, and using his experience to assist others with drug and developmental issues. The Court is encouraged to grant him the least sentence available under the law.

V. **Melchior requests he be out be allowed to self-surrender so that he can explore compassionate release and can attend to his clients and family through the Christmas and New Year holidays.**

The Court is encouraged to note the probation officer's lack of objection to self-surrender, and to grant Melchior release until after the Christmas holidays. First, Melchior has been on release for over two years since his arrest, with no violations or issues. Second, he suffers from severe high blood pressure, See, Letter from Dr. Wichelhauss, Exhibit B, and will be applying for compassionate release, even before having physically presented himself to the prison facility. It is not clear whether such application will be allowed prior to surrender, but counsel for

MELCHIOR SENTENCING MEMO                4
3:18-CR-00615-01-WHA

Melchior is dedicated to making that attempt given Melchior's health condition. Due to his hypertension, Melchior is significantly susceptible to the effects of COVID-19, up to, and including, death, and asks the Court to allow him to make reasonable efforts to stay free from incarceration while he applies, for perhaps more long term release.

Second, Melchior is recently married and has been developing his sobriety and his family relationships as much as possible before his incarceration, and requests the ability to continue that development, both for his clients, his family, and himself before his surrenders.

## Conclusion

Because Melchior took early and meaningful responsibility, because he is remorseful and is diligently working to better himself, because he has strong family support, and because his criminal history record over-states the seriousness of his history, the defense urges the Court to grant Melchior the minimum sentence available. Melchior also respectfully requests that the Court grant him the ability to self-surrender after the Christmas and New Year's holidays.

Date: Oct. 14, 2020                                      //s//
                                      Michael Levinsohn, of Counsel, Silver Law Firm,
                                      Attorneys for Timothy Melchior

## Exhibit A

## Letters of Support

To whom it may concern,

I am writing this letter of character on behalf of Timothy Melchior .My name is Alexis Simon, I am a full time residential coordinator for a SLS group home for adults with disabilities . I oversee 16 individuals in living independently . I also am a full time citp counselor supporting adults with disabilities within the community . I am the wife of Timothy Melchior .I have personally known Timothy for over 10 years .He is my best friend .I have seen Timothy at his weakest moments. Battling his depression and losing his life in his personal war with addiction . I have been lucky enough to witness the growth of him as an honest man .I work alongside Timothy everyday as a citp counselor . I get too see the hands on efforts Timothy has put into the individuals we support . Along with the commitment he has made within himself to be a productive member of society .while Timothy was in center point residential treatment I believe he found himself and the path he wanted to be in life . where he is able to hold himself accountable for his actions and also accept responsibility .while in the program Timothy enrolled himself in school to be a drug an alcohol counselor , He expressed how he wanted to share his lived-in experience with addiction to keep people off the path he went down to end up where he was Timothy has been able to be present and involved with his family everyday, as little as helping his mom around the house as much as helping his youngest sister with her math homework because she still doesn't understand the math question . I support my husband to the fullest in his goals in life . As i love him very much I ask that you take into consideration the cap program i know Timothy will benefit greatly from this program . he has full support from our families, his classmates, his coworkers , and his peers from the center point program . Who all want Timothy to succeed in this new chapter in his life . Timothy has never had this much support in his life as he does being the man he is today .

Thank you for taking the time to read my letter

Alexis simon

4153286238


Your Name

December 10, 2019

To Whom It May Concern,

I am writing this letter to support Tim Melchior in his endeavors to council disabled, and addicted persons. Tim is the coach of my son who is disabled but has a lot of potential. He has a creative approach in counseling my son and also is open to suggestions from me, since I know him the best. He is prompt in it picking up my son, and his responsiveness in teaching budgeting, cooking and social interactions has dove-tailed into his education of independent living. He is honest in his assessments of my sons needs and accomplishments. I think Tim is the best coach that my son has experienced, and we are grateful for Tim working with him. I also think that Tim goes above and beyond what is expected and that shows in the wonderful relationship he has with my son. My son looks forward toward working with him every day.

Best regards,
Tania L. Weiss

November 19, 2019

To Whom It May Concern,

I am writing this letter on behalf of Timothy Melchior. I have known Tim for almost a year and I have had the wonderful opportunity to get to know him quite well. Tim and I are both enrolled in the same CCAPP program in which we are studying to become certified Alcohol and Drug Counselors. It has been inspiring to watch Tim grow into a strong leader in the class. He was initially shy and quiet with his peers but has developed into a solid contributing voice of insight for our group. It is clear that Tim has found his calling and he is making the most of this time in his life to become an actor of change.

Tim often speaks of the work he does and clearly has a passion for it. Tim regularly asks for advice from our instructor and his peers in regards to how to best help his clients. I feel that this best demonstrates Tim's humility and willingness to grow. It is clear that Tim puts his clients over himself and has a genuine desire to help others. The job he has now takes a tremendous amount of patience and empathy, and as a result, Tim is demonstrating to his classmates what it looks like to truly be of service to others.

It is clear to me that Tim has both feet firmly placed on the path in which was meant for him in life. He is inspiring his clients and classmates and will undoubtedly be a special AOD counselor. He seems to be at a place in his life where he is putting others above himself and it is clear that he is finding a deeper meaning in life in doing so. Tim's humility, resiliency, and attitude, show us how powerful it is when one can re-take control of their life and use it for positive change. I would hope that whatever is in store for Tim's future that he be able to remain on the path that he is on because our community will be for the better because of it.

Sincerely,

John Foord

Living at Reflections
Dominican University MFT Program (student)
CCAPP Program

November 30, 2019

To Whom It May Concern,

I have known Timothy Melchior for almost a year and he has shown me to be a hard-working and kind man. We are enrolled in the CCAPP program together and meet every Saturday for classes leading to a California State Certified license in drug and alcohol counseling. Tim consistently arrives early for class, does his homework and scores well on tests. More importantly, he has a compassionate and caring nature, regularly helping me and other classmates with our lessons and projects. He is intelligent and a great communicator. Tim is an impressive man; he is happily married and enjoys a special relationship with a very supportive wife and they look forward to starting a family – I know he'll be a great father. He works with a client that has special needs and Tim has made a hugely positive impact on that man and his family; he's full of empathy and kindness.

Tim Melchior is a dedicated student, husband and mentor.

I'm proud to call him my friend.

Michael Diblev
michaeldibley1@gmail.com
415-497-8136



California Consortium of
Addiction Programs and
Professionals

November 11, 2019

Judge William Alsup
United States District Judge of the United States
District Court for the Northern District of California

Your Honor:

For the past several months, Timothy Melchoir has been a student at the California Consortium
of Addiction Professionals and Programs' CCAPP Education Academy. I have been his Alcohol
and Drug Treatment Studies program instructor during this time frame. While with us, Mr.
Melchoir informed his peers and this writer of his commitment to successfully complete our
educational program. He has discussed in earnest of his desire to become an addictions
counselor.

Mr. Melchoir has performed exceptionally well in all his courses to date. He has received an "A"
grade in each course and is currently earning this same grade in our current course.
Mr. Melchoir has taken a leadership role in our group interactive exercises as well as in his
individual presentations; he is articulate, kind and thoughtful in his interactions with his peers
and with this writer.  He has helped his peers with weekly class homework and in class
assignments. He has attended 100% of the weekly classes to date.

In sum, Mr. Melchoir has demonstrated his commitment to positive change, and I can only
assume he will continue to perform such in the coming weeks and months.

Sincerely,

Joseph Szlamnik, CCAPP Academy Instructor
(415) 742-1788
Licensed Professional Clinical Counselor #5684
Licensed Marriage and Family Therapist # 111010
Licensed Advanced Alcohol and Drug Addictions Counselor # LR 01330315
Certified Batterers' Intervention Facilitator



# Develop Achieve Build Support

November 15, 2019

To who it may concern,

This letter is to share with you my experience with Tim Melchior as a supervisor and a human being. Tim started his employ with DABS Inc. May 9, 2019 and since then Tim has shown exceptional intuitive skills when working with the individuals we serve, who are developmentally delayed usually with behavioral issues. When assigned his consumer, Tim quickly identified his consumer needed additional ways to communicate when attempting to advocate for himself and created the opportunities for him to do so. Consequently, his consumer's unwanted behavioral expressions were reduced giving him the more successful community activities on a daily basis. Tim has shown a patience and compassion which has effected positive changes in our consumers. Tim exhibits a great work ethic by coming to work on time, completing all required documents on time, and going above and beyond what is required of him daily. If we had several other staff call off any given day he will volunteer to go pick up and support additional consumers for the day. He will take these individuals to whatever activity necessary to insure they have had a good day. He is always working to increase our consumers skill sets in order to reduce maladaptive behaviors. Tim continues to be a valued member of my team.

Sincerely,

**Thomas Slatton**
*GGRC CITP/CIIP Regional Program Director*
DABS, Inc.
Mobile: (415) 916-2018
Email: thomas.slatton@dabsinc.com
Web: www.dabsinc.com



**PTG Services, LLC**
Roadside Service

January 6, 2019

RE: Timothy Melchior

To Whom It May Concern,

This letter is to notify you that Timothy was hired by our company to perform roadside service to customers in the San Rafael and surrounding areas. Timothy worked with us up until he was arrested last week. Timothy has done a great job caring for our customers, and it is our intention to continue working with him if he is free to do so.

Please contact me if you have any questions or concerns. Thank you and have a great day.

Sincerely,

Tracie Gilman
Business Owner
PTG Services, LLC
Independent Contractor
Core Values Roadside Service
360-628-8483

Your Honor,

First and foremost, I would like you for taking the time to read this letter. My name is Dustin Melchior. I am Timothy Melchior's brother. I would just like to say a few words about him and express my opinions about the type of person he is. Since we were little kids, up until this very day, my brother has always been an extremely supportive person. He will always go out of his way to do nice things for anyone.

He is always giving back to his family, friends, and the community. I remember a few days ago he found a lost blind dog roaming in the streets near his house. He immediately stopped his car and ran in the street to block traffic to protect the dog. He asked for my help to try to comfort the dog as the dog was frightened and shaking. He found where the dog lived, which was only a couple houses down from his and immediately took the dog back to his owner. The owner offered him a reward several times and my brother refused. He told the owner of the pet "I'm just doing what I would want someone else to do if my dog was lost" This is just one recent act of kindness of many more that I've witnessed in Tim's life.

Another brief example that I witnessed was when he helped a woman and her daughter on the side of the road change her tire. It was part of his job description to help this woman, but he offered to follow behind her with his hazard lights on until she got off of her exit to ensure her safety. That is not part of his job description but he knew it was the right thing to do. I know that my brother has had a troubled past. I know that he has flaws but he is one of the kindest people I know. He has a heart of gold and would literally give the shirt off of his own back to help someone.

Timothy Melchior one of the kindest souls I know. He will always be there for anyone in a time of need with a comforting hand. Not having my brother in my life right now is very hard and I really hope he's back with my family again soon. We all miss him very much and love him tremendously.

Thank you for taking your time to read this your honor.
Respectfully,

Dustin Melchior
dustinmelchior@outlook.com
415-415-686-2829

1/5/2018

Re: Tim Melchior

To Whom It May Concern,

My name is Barry Hincks, and I am the partner of Tim's mom, Jennifer. I have known of Tim for 10 years now, as I am an Idaho resident, and do not live in California full-time, but usually come and live in California during the Winter. I would like the Court to know that over the past two years, I have seen some amazing changes in Tim in that he started to work on his addiction problems, and he was doing very well. I could see that he was really trying to make things better for himself, and start to work on some of his issues, but I also saw how hard it was for him to find a job due to his background. He hung in there and found some temporary work for a while, but I could sense that he was depressed and frustrated due to his past record, and how hard it was to accomplish his goals, so I believe this set him back. When I returned this year, I learned that he recently had a set back, which is what has brought him to court now, but I would also like to make the court aware of what I have witnessed over these past 6 weeks, is that Tim has been diligently searching for employment daily. He took several side jobs, and he took a lot of pride in the work that he was doing. For example, over several weekends, he was building a structure for someone, and he came to me several times asking for advice to make sure he was doing the best job possible. He was very proud of his accomplishments.

More recently, he found a full-time job in which he excelled due to his motivation to succeed. I would respectfully ask the court to consider allowing him to continue with his work, as I believe this is a key to helping him succeed, stay sober, not suffer another set back and to turn his life around, and become a productive part of society.

Thank You for your consideration and compassion,

Sincerely,


Barry Hincks
208-471-0062
hincksb56@yahoo.com

Hello, and with most respect to the court, I present this letter in support of Timothy Melchior.

My name is David Haedt, and I am the owner of Haedt's B/S shop in Novato, California, and I have taken care of my ailing mother for the last six years.

My relationship with Mr. Melchior started about two years ago when I was introduced to him by his fiance. He told me his life story and that is where I seen this man's heart for what it is. Timothy has came and worked for me doing side jobs at my mother's home when he was in between work. He has done jobs from a leaking faucet, to most recently building my mother a shed for all of her antiques. From the personal care Mr. Melchior has put into his work I know he can be a productive member of society again. Please consider an outpatient program for Mr. Melchior, so he can continue working on his sobriety.

Thank You for your time and consideration,

David Haedt

davidhaedt@yahoo.com

Your honor I am writing you this letter In regards too Timothy Meichior, I have known Timothy for atlas 10 years. I have seen him change from a careless insecure person on drugs, who didn't care about anything or anyone especially about himself . Once he met my daughter he finally wanted to change his ways and he did .He wanted to he realized he had to change his circle of friends . In order to do good and not make the same mistakes. He found the love he needed to help him see the light because he wanted the best for himself . Life finally meant something to him. we know his past background He is constantly continuing to try to put that behind him thank you for taking the time to read this letter . I hope Timothy you consider a drug rehabilitation program for timothy

Michelle ann Friss Sunday, January 6, 2019

RE : Character Reference Letter                    Jan. 6th, 2019

IN : Support of

Mr. Timothy H. Melchior

Hello,

With the utmost respect for the court and the powers that be, I present this letter in support of Mr. Melchior. While understanding that his record is not squeaky clean, I do advocate for him today. My relationship with Mr. Melchior is but about 3 years old. I met Timothy after he was introduced to me thru my niece. There was a time in my life when I would have been the one before the court, hoping someone would support my efforts to rehabilitate. I was never so fortunate and nearly all my life lessons were learned face dragged in the streets style. At age 31 the clouds parted, the fog lifted and I was able to begin a program of surrender. I was able to find a 12 - step program that worked for me. Nearly 11 years later I maintain my clean time. I do not use drugs, I do not engage in criminal acts, nor condone them, nor gossip them. After the drugs were removed completely from my life what we all discovered together was that I was not a bad person, I had a big and bad problem. Since getting clean I have given back to others and society on many levels. Today at age 42 with a wife, daughter age 6, son age 3 and baby boy due Feb 15th, my life is darn good. But it required change on my part and some miracles along the way.

I do not know the results, if any, this letter in support will yield. What I do know is that people need help and we never know the exact impact on a person that helping them can have. Timothy had a few good jobs that did not work out long term and was working road side type jobs more recently. I know he has completed some self-help Men's programs and he was very enthused about doing so. There were a few times when I saw the lights start to really come on for this guy. I still have faith that he can be a productive member of society, that he can work and pay state taxes rather than be a tax burden to our state. That Mr. Melchior can in fact make the great transition from liability to community asset. I would only ask that the powers that be consider what is in fact more auspicious long term ? Can we take more away from this situation by just making Timothy another number somewhere, a mere statistic ? Or is there a greater potentiality for a man to be guided and supported in such a way that he can finally make that long turn around the corner, where becomes that productive member of society and can eventually come full circle to help another person. Only the court will know what is best at this time. I am merely here to say that people do change. I know, I am one of them. Formerly known only as CDCR # P-07172. I am now known as daddy, uncle, husband, brother, nephew and Mr. Rivera.

Please consider a non-detention rehabilitation or out-patient program for Mr. Melchior.

With only the most respect, for the Court, Your Honor, Federal & State officials.

Thank you

Tomas F. Rivera  (707)-430-8766        Tomasrivera28@yahoo.com

Marathon Petroleum Corporation – Martinez Ca. Refinery

Operations / Utilities

January 7, 2018

To Whom It May Concern,

I am writing this letter to you in regards to Timothy Melchior. My name is Samantha Simon, and Timothy Melchior is my brother-in-law. I would just like to say that Timothy is a good man, who has been doing his best since the day he met my sister. He has been working very hard at a job doing providing roadside assistance for people in Marin County, and this job has made his confidence in himself grow. He is feeling proud and accomplished since he started this job, which has helped him stay out of trouble, and he just wants to be a productive member of society and provide for his family.

I know his past my not be the best, but people can change, and I can see this change in him recently. He has someone special in his life, my sister, Alexis, and he wants to, and will do his very best for her. He is a very sweet and caring long man with a long life ahead of him still. I truly believe that Tim has learned his lesson over this past incident, and I ask that you give him a chance to go into a program, where he can continue to work at his job, as well as work on the issues that have brought him to this point in his life. He is truly such a family man, and he is very important to a lot of people, especially my sister, and my 6 year old daughter.

Sincerely,

Samantha Simon

From: **myra richards** <mariposalane1@hotmail.com>
Date: Tue, Jan 8, 2019, 3:53 PM
Subject: Re: Tim H. Melchior
To: Lexi Simon <Lexirayann94@gmail.com>

To whom it may concern;

I respectfully submit this letter and hope you will consider as a character letter for, Mr.
Tim H. Melchior.

I met Mr. Melchior 3 years ago. I find him to be a kind, gentle, affectionate and
thoughtful person. He is dedicated to his fiancée, Alexis (Lexi) Simon, his family, as well
as, her family.
I believe he is a hard worker and if given the opportunity, he can strive for a lifelong
positive lifestyle.

Mr. Melchior is not a violent person. He demonstrates a very calming and peaceful
demeanor.

I hope you will take this letter into consideration, for any action deemed appropriate.
Thank you.
Sincerely,
Myra Richards



Hi My name is Holly
Im Tims little Sister and
I really like it when Tim
And Lexi Babysit me They
Play with me and play with
my Beanie Boo's with me and
helps me with my nintgo
Switch Please let him come
home. Soon-

P.S his Dog
Hulk misses
him

January 6 2019

January 6, 2019

Re: Timothy Melchior

To Whom It May Concern,
My name is Jennifer Jackson, and I am Timothy Melchior's mother. I am writing this letter in support of my son, Timothy, and to respectfully ask that the Court consider an inpatient or outpatient rehabilitation program for him.

As his mother, I know more than most people, the struggles, and challenges that Tim has been through in his life; from his serious struggle with addiction to drugs at a young age, as well as with the trouble that he has had with the law throughout his life. I am in no way making excuses for the very poor choices that he has made in his life, but I would like you to know that although Tim has had these struggles, he is a good and caring soul. Without going into too much detail, I would like you to know that Tim had some very traumatic experiences as a young child. Growing up with a severely abusive father, he witnessed many terrible things that left deep trauma, along with being in a house fire that almost took his like, and did take the life of his great grandmother, he witnessed this as well. As his mother, I did everything possible to help him get through this trauma. We spent a few years running to abused women shelters to get away from his father, and he had years of counseling, which I hoped would help him through all of these things. Unfortunately, these events took their toll on my son, and he got into drugs at an early age, and became a bad addict, which led to all of the years of his trouble with the law.

I would like to let you know that over the last few months, I have seen a tremendous change in my son for the better. It is as if a light bulb went on in his head, and he has had a whole different outlook on his life. He has been truly working on getting sober, and making positive choices in his life. I believe that he is very sincere in his efforts to get clean this time, and although I realize that he has had many chances in the past, I have never felt that he was actually ready until now. I believe that he would greatly benefit from a rehabilitation program, and that he would be truly successful at it if given the opportunity. He recently started a new job, (which finding a job had been tremendously hard for him due to his background), but someone gave him a chance, and he has been working very hard, and doing a great job for the company, and he has been enjoying being a productive member of society. I know that if given the chance, he will continue to do so.

Tim has a lot of support from his family, friends, members of the community, and his employer. I believe that Tim is truly ready to make big changes in his life for the better, and given the opportunity he can be a productive member of our society.
Thank You for taking the time to read my letter, and for considering a rehabilitation program for my son, Tim.
Sincerely,

Jennifer Jackson
138 Bryce Canyon Road,
San Rafael, CA 94903
415-456-7677
jenjacks19@yahoo.com

Dear Judge Alsup,

My name is Jennifer Jackson, and I am writing to in regards to my son, Timothy Melchior, who, as you are aware, is currently facing Federal charges. Tim is currently living with me in my home in San Rafael, Ca, and he has been living here since November of 2018. I am also currently his Court Appointed Custodian, and I am writing you this letter to let you know how Tim is currently doing, as well as to give you some background information about my son's life growing up, and some of the challenges that he has faced.

Unfortunately Tim's childhood was plagued with a lot of trauma, abuse, and death of several very close family members. Tim's father was a very bad drug addict/alcoholic, who was physically, mentally and verbally abusive to me during the time that I was married to him. Tim was witness to a lot of abuse to me, and he suffered abuse from his father as well. This went on from the time that he was born up until I finally left his father when Tim was about five years old. During these first five years of his life, Tim watched as his father physically abuse me on a regular basis, as well as watched his father do drugs right in front of him. I tried to leave my abusive situation many times, and we, (myself, Tim, and his younger brother Dustin), fled to Abused Women's Shelters, but his father would eventually find out where we were, and we usually ended up right back in the same situation living with him, and then escaping to either different family members homes, or shelters to be safe from him. His father went to jail several times for abusing me, and I had restraining orders against him, but that never stopped him from finding us, and then, starting the cycle of abuse all over again. We eventually had to leave the state of California, and escaped to Abused Women's shelters in Oregon and in Washington. This was the life that Tim lived in his early childhood years, and I tried to get him counseling for all of the things that he had witnessed. He did have a Counselor at the Child Therapy Institute of Marin for a while, but it never lasted too long because we were always running.

After a while, Tim's father finally ended up in jail for drug charges, and we felt safe enough to come back home, and moved in with my mom, and my Grandparents. Tim was very close with my mom, as well as with my Grandparents, and he had a very good male role model in my Grandpa. Living with my family, we finally were getting settled, and Tim was feeling safe, and less anxious about his father coming to find us. For a short time, things were going good, and then my Grandpa was diagnosed with cancer, and passed away a short time later. This was a very hard time for Tim because he was very close with his Great Grandfather, and it was a big loss for him. Then, just 2 months after the passing of my Grandpa, the family home that we

were living in burned down, and Tim was in the fire and barely escaped. My mom saved Tim, his brothers, and tried to save my Grandma, but she was unable to save her. My Grandma passed away in the fire, and Tim not only almost lost his own life in the fire, but he watched his Great Grandma die in the fire. This was very traumatic for not only Tim, but for our whole family. I suffered debilitating anxiety from this, and this had a huge effect on Tim as well. Our family went to therapy after the fire, and Tim went to see a Counselor as well, and was diagnosed with Post Traumatic Stress Disorder. He was 8 years old at the time.

As time went by, Tim continued to suffer from anxiety and troubles in school. His father had stopped chasing us, but the thought of him finding us and doing something to us was always a worry to him. I remarried a good man, and Tim became very close to him, but again, Tim suffered another loss of a loved one when my husband, Tom, Tim's stepfather, passed away from cancer.

By the time Tim was 12 years old, he had starting using drugs and drinking, (I did not know that he was using drugs or drinking at this time), and he hid his drug use very well for a couple of years. But by the time he turned 14, things blew up very badly, and his life went completely down hill in a short amount of time. I had no idea that my son was so heavily into drugs, and he basically went from using marijuana to drinking to using ecstasy and crystal meth. He basically would do any kind of drug he could get his hands on. He was suspended from Middle School, sent to Juvenile Hall on several occasions, he ran away from home for days on end and I didn't know if he was dead or alive, and when I found him, he would come home, and do it all over again. Because of this, everything in my life changed, and my whole life became focused on getting Tim off of drugs, and he became my whole focus, it was constant worry and despair. I became a Co-dependent, and I would do anything to "save" Tim.

By the time Tim was 16 years old, he got ordered to go to a school called ROP, which was a few hours away from our home, and in a place that he would have a hard time running away from. We visited Tim every weekend, and he seemed to be doing well there. He graduated High School at ROP, and when he turned 18 years old, he got out, and eventually started using drugs again. It was during this time, that I realized that I could not help my son. I realized that he needed to want to help himself, and I learned to let go, and hoped and prayed that he would somehow "See the Light," and want to change. Unfortunately, this was not to be, and for the next ten years, Tim was in and out of jail/prison. He overdosed one time, and the EMT's had to

resuscitate him 3 times. The nurse in the hospital told us to take pictures of him on life support, and to show it to him if he recovered. Thankfully, he did recover. We showed him the pictures, but, because of his addiction to drugs, he continued to use, and continued to go to jail for drug related charges. I loved my son very much, but I had learned to accept that he was not able to change, and I truly believed that he would never get off of drugs.

When Tim was released from prison the last time, in early 2017, he was very motivated to stay clean and sober. He got a job right away, he finished his probation, and was spending a lot of time with me and the rest of his family. My mom, who he was very very close to, was very ill, and he was able to spend a lot of time with her after he got out. We went on a family trip to Disneyland, and my mom was able to come with us, and it was a great time that was spent with our whole family. Unfortunately, right after our trip, my mom passed away unexpectedly. This was another huge loss to Tim, and I believe that this sent him back to using drugs again, which led to his arrest this last time with the Federal Marshals.

Tim needed an inpatient, dual diagnoses drug recovery program to help him, and to help him deal with the trauma and the things that went on in his life, and he was never offered one. Instead, he just kept getting sent to jail, where he just learned more ways of using drugs, and getting into more trouble. I am wanting to give you this background information because I want you to know the trauma that he went through as a young child. I am in no way making any excuses for the things that he has done in his past, but I want you to know that for the last year and a few months, I have seen a whole different Tim; one that I thought I would never see. He has become a completely different person, and has been clean and sober for over a year now. He is going to school to learn to be a drug and alcohol counselor, and he has a job working with adults with disabilities such and Autism, and Traumatic Brain injuries. He takes a lot of pride in his work, and in his ability to help others, and this is a huge motivation for him. He also got married last year, and his wife is very supportive of him.

When Tim got into trouble this last time, Magistrate Laporte was the one person who really, truly listened to some of the things that Tim had been through, and she recognized that he suffered from Post Traumatic Stress Disorder, and that he had never been in a treatment program. She gave him the opportunity to be out on bond, had me be his Custodian, and had him go into an Inpatient, Dual Diagnoses Program. This has been Tim's saving Grace. He took this chance and gave it his all, and worked hard in this program, and he is being a productive citizen in our

society. I am amazed and very proud of him, and if I didn't honestly believe that he has changed, I would not be writing you this letter. I realize that Tim is facing a lot of time in Prison, and I wish that it hadn't come to this for Tim to finally "See the Light," as I hoped he would have done many years ago, but the fact that he has now, is what really matters. Now that he has finally been given a chance to get the help that he has needed for so long, and that he is now able to start being a productive member of society, I respectfully ask you to consider Tim for the CAP Program. I believe that Tim will continue to grow, flourish, and thrive, and that he will make every day of his life count for the better.

Thank You for taking the time to read my letter, and for considering Tim for the CAP Program.


Sincerely,


Jennifer Jackson

To The Honorable Judge Alsup,

I am writing this letter to you to ask for your sympathy for my plight, and request that Your Honor can find a way to allow me to continue in my education and in my career endeavors in which I have began since given the opportunity to be out on bond. This whole situation with my case has been the worst mistake of my life, as well as the biggest blessing. Please let me explain why.

Since my youth, I have been addicted to drugs, and because of my addiction and the poor choices that I have made while using drugs, I have been in and out of jail/prison. I am not making any excuses for my actions, and I take full responsibility for the things that I have done in my past, but I would like to give you some background information about my life with the hope of articulating where my mind frame was at, which I recently learned about myself through my time in the Center Point program.

I grew up in and out of Battered Women's shelters where me, my younger brother, and my mom spent several years running from my abusive father. My dad was a drug addict/alcoholic, who physically and emotionally abused my mom, and since I was a baby, I was witness to this abuse until we finally got away from my dad. After several years of abuse, my dad almost killing my mom in front of me, and then kidnapping my brother, my mom finally found the courage to escape the situation, and find help with Marin Abused Women's Services. We stayed in the shelter there, but my dad found us, and we had to find other shelters to stay in. We went from Marin County, California to Oregon and to Washington running and hiding from my dad. After years of this, we seemed to escape the worst of things, and after finding out that my dad was in jail, we moved back in with my Grandma, and Great Grandparents. I was eight years old at the time, and for a while, things in my life seemed to be going ok, and we were happy. I was extremely close with my Grandma and my Great Grandparents who we lived with, and they were good to me, and helped to raise me. This happiness didn't last very long because, in April of 1995, my Great Grandfather passed away from cancer, and then 2 months later, in June of 1995, the house that we lived in caught on fire, and burned completely down. At the time of the fire, I was in the house sleeping, along with my older brother, my Grandma, and Great Grandma. My Great Grandma died in the fire, and I had to watch the Firemen try to get her out of the fire, but it

was too late. My Grandma saved me and my brother, and pulled us out of bed and to the outside
of the house, and then tried to save my Great Grandma, but she couldn't.

At eight years old, I didn't know how to deal with this death and loss that I had witnessed, as
well as how to deal with what my father had done to my mom and my and my brother. I started
getting into trouble. Nothing mattered at school, and as I got older, I felt I needed an escape, and
I was introduced to drugs. This is when my life went from bad to worse. I looked for love and
companionship in misguided role models, looking for something, or someone to share the fear
and pain with through drugs. I started getting into more serious trouble through out the years as
my addiction got worse, and I Suffered yet another loss. My step-dad, Tom Jackson, passed
away from cancer. Right after his passing is when more serious trouble started happening for me.
I was very close with him, and he was the only good father figure that I knew, so when he died, I
wanted to hide the hurt. I went in and out of prison, and I asked for programs to help me, but to
no avail. I felt that no one cared and had given up on me, which only caused me more hurt and
confusion. This went on for a few years, and the last time my lawyer had worked out a deal for
me waiving my year good time credits, signing to a joint suspended sentence of maximum,
which I believe was 6 years, in exchange for being allowed to go to a drug program for a year,
which would have been at Father Alfred's in San Francisco, and at this point, I was actually
looking forward to being in a program, and getting some help. I had realized that I had a bad
problem, but I didn't know how to stop. Unfortunately, at sentencing, the judge did not accept
the deal, and said that I had to go back to prison. However, I did not let this deter my motivation.
While I was in prison, I went to AA meetings, and stayed away from trouble. I truly wanted to
get better, and start to live a normal life.

In January of 2017, I was released from prison, I got a job, went to a Sober Living Environment,
and was doing good. I even completed my probation. During this time I stayed clean. I got an
opportunity to spend time with my Grandma, (the one who had saved me from the fire), and with
whom I had always been very close with. I feel fortunate that I was able to spend time with her,
and I was sober doing it. She was very proud of me, and even though she had been ill for a long
time, we even went on a trip to Disneyland together. I was there with her all the way through her
time with Hospice, and was with her when she passed away in August of 2017. When she passed

away, I was angry and guilty, and I did not know how to deal with this loss, and I started secretly using drugs again. I tried not to let my family know, but it was inevitable that they would realize that I was using again, and eventually my addiction got a hold of me again and life just stopped mattering. After the passing of my Grandma, and then my start up of using drugs again, all of the problems, (the Federal Indictment), that I am dealing with here in this court happened.

My mom and my wife have been a major part in helping me to become the person that I have become today. Over the past year, I have been living with my mom, my wife, and my 2 sisters. During this time, I have taken the opportunity to spend as much time as I can with them. I have never been this close with my mom or with my sisters because I would be in and out of prison, but now I get to try to help my youngest sister with her homework, and interact with her and play with her. I am so grateful for the opportunity to be able to do things with them like going to movies, walking our dogs together, and just being able to help with small or big things. I also live with my sister, Dakota, who just turned 18. She is Tom's, ( my step-dad who passed away) daughter, and she did not really get to know her dad, so today, I try to be a better role model for her than I have been in the past.
My wife has been by my side through all of this, even though I tried to hide my addiction, she has supported me in getting better, and she cheers me on to continue to be my best, and being my motivation to continue to be the best husband, best friend, and role model to my family, as well as to our God-Daughter, and continues to push me in a positive direction, which is the direction that I now want to go in, so I can be all of this, and more when we have our own family.
I don't know where I would be without my mom or my wife right now. In every sense, they believed in me when no one else ever has, and gave me the courage to stop up to be an honest man, and showed me what unconditional love is.

In the beginning of this letter, I said that this is the best, as well as the worst thing that could have happened. I am looking at a lot of time, but when Magistrate Laporte granted me a bond, after my mom and my wife agreed to be my custodians, she ordered me to an Impatient Program, and I am forever grateful to her for allowing me to do this. She looked at my situation, and saw that I had never been given the opportunity to go to an impatient program, and she allowed me the opportunity to do this.

The Inpatient program had been what I have needed all along, and I have learned so much about myself, and about my addiction, and it has given me a whole new outlook on my life. While in Center Point, I started noticing the pattern. I did not know how to deal with grief and loss at all! and I have had so much loss and trauma starting at such an early age, I was not able to cope with my feelings that I didn't even understand at the time. But I learned a lot about myself in this program. I learned how to cope with my feelings, and through many writing assignments, group discussions, and therapy sessions, I was forced to deal with my feelings, learn how to deal with them, and get past them. This was my first opportunity to get into an impatient program, and I took this very serious, and did not let this time go to waste. I am now a graduate of the inpatient, intensive, out patient, and the aftercare program, and I currently attend a one on one therapy session with Center Point once a week.

Like I said, I did not let this go to waste, and upon graduation of the first phase of the program, (which was 3 months into the program), I enrolled in school called CCAPP because I want to be a drug and alcohol counselor because I think that I can help other's who have gone through what I have gone through, and help them with their addiction problems. Several of the Center Point counselors recommended me for this program, and motivated me to start this program. I am still currently attending this school, and I am getting straight A's in all of my classes. I feel as though I have finally found a career where my past experiences can actually be a benefit to helping others who are struggling with addiction.

I have also obtained employment working with mental health clients, and assisting them in socialization with the community, and with goals that are set in their Individual Service Plan. I work with clients who have Autism, Down Syndrome, and Traumatic Brain Injury clients, and it is the most rewarding job anyone could ask for. For example, my clint with Autism is non-verbal, but we work together on a speech app, and he has said a few words since we started this. It may seem small, but it is a huge accomplishment, and an indescribable feeling knowing that I was able to help him achieve this. Once I am done with my school, my goal is to continue my education, and go to school for co-occuring disorders.

I would love to be given the opportunity to do this, and this is why I am writing to you, and explaining to you my background up until now. I have over a year clean now, as of October 30, 2018, and with Your Honors permission, I am asking for the opportunity to continue to prove myself, and to defer to the CAP program, so that I may continue to learn and advance in my life, and so I continue to help others, and to grow along side of my family.

Thank you for taking the time to read this, and for considering my request.

With respect to any decision from Your Honor,

Timothy Howard Melchior

# Exhibit B

## Letter from Dr. Wichelhaus

Letters - Kaiser Permanente

**KAISER PERMANENTE.**
**ADULT AND FAMILY MEDICINE**
**99 MONTECILLO ROAD**
**SAN RAFAEL CA 94903-3308**
**Dept: 415-444-2940**
**Main: 415-444-2000**

9/29/2020

To Who This May Concern:

Both the Centers for Disease Control and Prevention (CDC) and the California
Department of Public Health (CDPH) have issued guidance that identifies
precautions that individuals should take who are at risk for severe illness or other
complications if they were to contract COVID-19. These groups are individuals
who are over 65 years of age, individuals of any age who have chronic underlying
medical conditions, individuals with disabilities, or individuals who are pregnant.

This document verifies that Timothy Melchior (date of birth 11/10/1986) is under
my care and is being treated for Hypertension, a chronic medical disease which is
one of the medical conditions specified by CDC or CDPH as requiring extra
precautions as he might be at an increased risk for severe illness from COVID-19
which can result in severe outcomes including death. It is recommended that he
follow current CDC or CDPH guidelines to avoid exposure to COVID-19.

Sincerely,

TILL PING WICHELHAUS MD
CA Med License A147287

*This letter was originally viewed by Timothy H Melchior on 9/29/2020 5:48 PM.*

MyChart® licensed from Epic Systems Corporation, © 1999 to February 2020, patents

To print this page: Use your browser's Print button, or select File then Print from your browser
menu. If you have trouble printing, please click somewhere on this page and try again. To go back
to the regular view, click the Close button below.

Close

| Find Care | Our Organization | Member Support | Visit Our Other Sites |
|---|---|---|---|
| Advice | About KP | New Member Welcome | Individual & Family Plans |
| Routine Care | News & Views | Forms & Publications | Medicaid/Medi-Cal |